DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
JOHN A. STRATFORD (Bar No. 294245)
john.stratford@weil.com
AUDREY E. STANO (Bar No. 315370)
audrey.stano@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID L. YOHAI (admitted *pro hac vice*)
david.yohai@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants PANASONIC CORPORATION OF
NORTH AMERICA, SANYO ENERGY (U.S.A.) CORPORATION,
and SANYO NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRA DICKERT and HOWARD DICKERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANYO ENERGY (U.S.A.) CORPORATION; SANYO NORTH AMERICA CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:18-cv-4664-EMC<br><br>**DECLARATION OF DAVID R. SINGH IN SUPPORT OF DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF ON PERSONAL JURISDICTION**<br><br>Dept.:    Courtroom 5 – 17th Floor<br>Judge:    Honorable Edward M. Chen |

I, David R. Singh, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am a member of the bar of this Court and a partner at the law firm of Weil, Gotshal & Manges LLP, counsel of record for Panasonic Corporation of North America ("Panasonic"), Sanyo Energy (U.S.A.) Corporation, and Sanyo North America Corporation (collectively, "Defendants") in the above-captioned matter.

2.    Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the May 8, 2019 deposition of Panasonic Corporation of North America 30(b)(6) representative Hidenori Oishi in this action.

3.    Attached hereto as Exhibit B is a true and correct screenshot of Panasonic's "Solar FAQs" website, available at https://na.panasonic.com/us/energy-solutions/solar-faqs.

4.    Attached hereto as Exhibit C is a true and correct copy of a March 26, 2019 email from Trevor Tufts to Plaintiffs Myra and Howard Dickert, cc'ing Hidenori Oishi, which was marked at Exhibit 6 during the deposition of Mr. Oishi.

5.    On April 16, 2019, I participated in a telephonic meet and confer with Plaintiffs' counsel David M. Birka-White regarding the management of this action.  During that conference, counsel discussed Exhibit C to this declaration, including Panasonic's offer to inspect Plaintiffs' allegedly defective panels.  Plaintiffs' counsel did not accept this offer during the telephonic meet and confer and has yet to accept this offer.

Executed this 21st day of June, 2019.


  _/s/    David R. Singh_____
           DAVID R. SINGH

---

SINGH DECLARATION ISO OPPOSITION TO
SUPPLEMENTAL BRIEF ON PERSONAL
JURISDICTION

CASE NO. 3:18-CV-4664-EMC