UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA DICKERT, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>SANYO ENERGY (U.S.A.) CORPORATION, et al.,<br><br>          Defendants. | Case No. 18-cv-04664-EMC<br><br>**JUDGMENT** |

On July 23, 2019, the Court issued its Order Granting Defendants' Motion to Dismiss (*see* Order, Docket No. 65). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: July 23, 2019

_____
EDWARD M. CHEN
United States District Judge